FILED 2007 OCT 17 PM 2:54

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

February 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 07- **07-01162** |
| Plaintiff, | <u>INDICTMENT</u> |
| v. | [18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm] |
| ANTHONY DEWAYNE TWYMAN, | |
| Defendant. | |

The Grand Jury charges:

[18 U.S.C. § 922(g)(1)]

On or about July 27, 2006, in Los Angeles County, within the Central District of California, defendant ANTHONY DEWAYNE TWYMAN, knowingly possessed three firearms, namely, a Sig-Sauer P229 40-caliber pistol bearing serial number AC13290; a Colt Python .357 magnum revolver bearing serial number 34360; and a Wesson Arms .357 magnum revolver bearing serial number 215375; and ammunition, namely, sixty rounds of Remington-Peter .357 magnum ammunition and six rounds of Winchester Western .38 special ammunition, in and affecting interstate and foreign commerce.

///



1  Such possession occurred after defendant ANTHONY DEWAYNE
2  TWYMAN had been convicted of a felony punishable by a term of
3  imprisonment exceeding one year, namely, Convicted Person Having
4  Concealed Firearm in Vehicle, in violation of California Penal
5  Code Section 12025(a), in the Superior Court of California,
6  County of Los Angeles, Case Number BA018630, on or about
7  December 17, 1990.

                                A TRUE BILL

                          /S/
                     _____
                        FOREPERSON

THOMAS P. O'BRIEN
United States Attorney

*[signature: Christine C. Ewell]*

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

BONNIE L. HOBBS
Assistant United States Attorney
Violent and Organized Crime Section